

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 23, 2019

The Honorable Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:  *United States v. Theresa Racht*, No. 19 Misc. 391 (LGS)

Dear Judge Schofield:

    This Office represents the United States of America (the "Government") in the above-referenced action.  I write respectfully to request that the Court schedule the Order to Show Cause ("OTSC") hearing at a date on or after October 11, 2019, that is convenient to the Court.  This proposed schedule would allow sufficient time for: (1) the Government to serve the OTSC on the Respondent; (2) the Respondent to file any opposition; and (3) the Government to file any reply.  The draft proposed OTSC accompanying these papers reflects proposed interim deadlines for service and briefing in advance of the hearing.  We will enclose a copy of this letter with the papers that the Government will serve on the Respondent.

    We thank the Court for its consideration of this request.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By: s/Lawrence H. Fogelman
    LAWRENCE H. FOGELMAN
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Tel.:   (212) 637-2719
    Fax:   (212) 637-2686