USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/19

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By: ALLISON ROVNER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: 212-637-2691
Facsimile:  212-637-2702
allison.rovner@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
UNITED STATES OF AMERICA,
:
      Petitioner,
:
  - against -          ORDER
:
THERESA RACHT,        19 Misc. 0391 (LGS)
:
      Respondent.
:
------------------------------------x

    Petitioner having filed a petition, together with a declaration and the exhibits attached thereto, seeking enforcement of an Internal Revenue Service summons; and this Court having issued an Order to Show Cause on August 27, 2019, directing Respondent to appear before the Court on October 15, 2019, to show cause why Respondent should not be compelled to give testimony and to produce the books, records and other papers demanded in the Internal Revenue Service summons served upon the Respondent on August 16, 2018 (a copy of which is attached hereto); and said Order to Show Cause having been served in accordance with the provisions set forth in the Court's Order of August 27, 2019; and Respondent having responded/failed to respond to the Order to Show Cause; and having appeared/failed to appear herein;

Now upon all the papers and proceedings herein, it is hereby

ORDERED, that Respondent shall comply with the attached Internal Revenue Service summons by appearing before Revenue Officer Brian Hodge, or any other authorized agent of the Internal Revenue Service, at 2283 3rd Avenue, 1st Floor, New York, New York, 10035, on or before October 25, 2019, at 10:00 a.m., and by producing at that time the documents and records referred to in the summons and by giving all testimony described in the summons. The Clerk of Court is directed to close the case.

Dated: New York, New York
October 15, 2019

_____
LORNA G. SCHOFIELD
United States District Judge